ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 1 0 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JIN YOUNG OH, ) <br> ) <br> Defendant. ) | MAGISTRATE CASE NO. 05-00050 <br><br> **COMPLAINT** <br><br> **IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE** <br> [21 U.S.C. §§ 952(a) & 960, and 18 U.S.C. § 2] |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about October 9, 2005, in the District of Guam and elsewhere, the defendant, JIN YOUNG OH, did unlawfully, intentionally, and knowingly import into the United States from a place outside thereof, approximately 2,078 grams, gross weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960, and Title 18, United States Code, Section 2.

COMPLAINANT FURTHER STATES:

I, John S.A. Duenas, being a Special Agent with the U.S. Immigration and Customs Enforcement (ICE) of the Department of Homeland Security, and acting in my official capacity, set forth the following facts:

1. I am a Special Agent with the U.S. Immigration and Customs Enforcement, formerly known as the United States Customs Service, Office of Investigations. I have been employed as a Special Agent for approximately five (5) years. Prior to my employment with the Customs Service, I was a Police Officer with the Guam Police Department for approximately 12 years.

2. I know from my training and experience that it is common practice for large-scale methamphetamine traffickers to travel to their purchase and distribution areas to facilitate their trafficking. After purchasing methamphetamine, these methamphetamine traffickers will transport or cause to be transported methamphetamine. The methods of transportation include, but are not limited to, commercial airlines, private automobiles, government and contract mail services.

3. On October 9, 2005, at about 2:35 a.m., Guam Customs Officer Joseph Gange conducted a secondary inspection on arriving passenger JIN YOUNG OH. OH arrived in Guam on board Korean Airlines flight 805 from Incheon, Korea. While conducting the secondary inspection, Officer Gange discovered a box with the brand name "microlab" in the beige colored checked baggage of OH. Officer Gange removed the box and conducted an x-ray examination of the box and its contents. Officer Gange observed that the speaker in the box contained a foreign object.

4. Officer Gange opened the box, removed the speaker from the box and proceeded to remove screws that held the speaker together. As Officer Gange removed the screws, Officer Gange smelled a strong odor emitting from within the speaker. The odor was consistent with that of glue. Officer Gange conducted a further inspection of the speaker by probing through the opening hole where the wires run through the speaker. As Officer Gange removed the prod, he

2

noticed a crystal substance on the prod. Officer Gange conducted a field test of the substance on the prod which resulted in a presumptive positive for amphetamines.

5. Officer Gange with the assistance of a Korean translator asked OH how did OH acquire the speaker, and OH said that he purchased it at a flea market four (4) months ago. OH told Officer Gange that the speaker is for Robert Kim in Guam.

6. On October 9, 2005, at about 8:20 a.m., Special Agent Danny Cho of the Drug Enforcement Administration advised OH of his constitutional rights which OH acknowledged and waived. OH advised your affiant that he was recruited by someone through an internet chat room in Korea. OH was offered $4,500.00 to carry a box containing speakers and deliver it to someone in Guam. OH was instructed to wear a white hat and glasses and that once he arrives in Guam and walks out of the Customs area he would be approached by the recipient of the box. Once OH successfully delivers the box and its contents OH would be paid $4,500.00.

7. OH stated that on the day of his departure from Korea, he received the box and its contents from an "errand service." OH described an "errand service" to be a company that delivers mail or other items within Korea. OH stated that he did not know that the speakers contained crystal methamphetamine but suspected that it contained something illegal. OH said that his suspicion is based on how much he was to be paid and also the price of the airline ticket.

8. Guam Customs Officer Franklin Taitague and Task Force Agent Erwin Fejeran opened the speaker and removed 14 bags containing a crystalline substance. The plastic bags were secreted in the speaker box sprayed with foam. The total gross weight for the 14 bags and its contents is 2078 grams.

//
//
//
//
//

3

9. Based on the foregoing, I have probable cause to believe that JIN YOUNG OH has committed the offense of importation of methamphetamine hydrochloride in violation of Title 21, United States Code, §§ 952(a) and 960, and Title 18, United States Code, Section 2.

DATED this __10th__ day of October, 2005.

_____
JOHN S. A. DUENAS
Special Agent
Bureau of Immigration & Customs Enforcement
Department of Homeland Security

SUBSCRIBED AND SWORN TO before me on this __10th__ day of October, 2005.

_____
FRANCES M. TYDINGCO-GATEWOOD
Designated Judge
District Court of Guam

4

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **05-00050**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name       __Jin Young Oh__

Allisas Name         _____

Address              _____

Birth date _XX/XX/1970_  SS# _N/A_  Sex _M_  Race _A_  Nationality _Republic of South Korea_

**U.S. Attorney Information:**

AUSA _Marivic P. David_

**Interpreter:** ___ No _X_ Yes       List language and/or dialect: _Korean_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED
OCT 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: ___1___        ___ Petty  ___ Misdemeanor  _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 952(a)(1) & 960; and 18 U.S.C. § 2 | IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | | | |

Date: __10/11/05__    Signature of AUSA: _/s/_