IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**



**FILED**
DISTRICT COURT OF GUAM
OCT 12 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. MJ-05-00050**         **DATE: October 12, 2005**

HON. MICHAEL J. BORDALLO, Designated Judge, Presiding        Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles                                Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:30:28 - 10:33:31          CSO: B. Benavente

* * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** JIN YOUNG OH                                **ATTY:** KIM SAVO
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.        ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                          AGENT: JOHN DUENAS, B.I.C.E.

U.S. PROBATION: CARLEEN BORJA                         U.S. MARSHAL: W. GRAY

INTERPRETER: HEE JUNG WON                             LANGUAGE: KOREAN

**PROCEEDINGS:   INITIAL APPEARANCE RE COMPLAINT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:  FEDERAL PUBLIC DEFENDER  , ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___     HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY*  ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____  PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( X ) PRELIMINARY EXAMINATION SET FOR: OCTOBER 21, 2005 at 10:00 A.M.
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( X ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

<u>Government concurred with the Pretrial Services Report for detention of the defendant. Defense did not contest. Accordingly, the Court detained the defendant.</u>

Courtroom Deputy: