
FILED
DISTRICT COURT OF GUAM
OCT 12 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>JIN YOUNG OH,<br><br>        Defendant. | MAGISTRATE CASE NO. 05-00050<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant in the above-entitled case *nunc pro tunc* to October 11, 2005.

Dated this 12th day of October, 2005.

_____
MICHAEL J. BORDALLO, DESIGNATED JUDGE
U.S. DISTRICT COURT OF GUAM