# UNITED STATES DISTRICT COURT

District of _____ Guam

UNITED STATES OF AMERICA

V.

JIN YOUNG OH

**WARRANT FOR ARREST**

Case Number: MJ-05-00050 ~~Criminal Case No. 05-00073~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JIN YOUNG OH _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE

**FILED**
DISTRICT COURT OF GUAM
OCT 12 2005
MARY L.M. MORAN
CLERK OF COURT

in violation of Title  21, United States Code §§ 952(a) and 960, and 18 U.S.C. § 2

| | |
|---|---|
| FRANCES M. TYDINGCO-GATEWOOD | _signature_ |
| Name of Issuing Officer | Signature of Issuing Officer |
| DESIGNATED U.S. DISTRICT JUDGE | OCTOBER 10, 2005   TUMON, GUAM |
| Title of Issuing Officer | Date and Location |

ORIGINAL

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Hagatna Holding Facility

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/10/2005 | John Suenas, SP ICE | _signature_ |
| DATE OF ARREST | | |
| 10/11/2005 | | |