LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 27 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> JIN YOUNG OH, ) <br> ) <br> Defendant. ) <br> ) | MAGISTRATE CASE NO. 05-00050 <br><br> **ORDER** <br> **re: October 19, 2005** <br> **Motion to Dismiss Complaint** |

The United States' Motion to Dismiss Complaint, in the above captioned matter, filed October 19, 2005, is hereby granted.

**SO ORDERED** this 27 day of October, 2005.

_____
WILLIAM H. ALSUP*
District Judge

**ORIGINAL**

---

* The Honorable William H. Alsup, United States District Judge for the Northern District of California, sitting by designation.